# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PAVEL GUARNEROS RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>Defendant. | Case No. 23-cv-06007-BLF<br><br>**ORDER ADMONISHING DEFENDANT REGARDING COMPLIANCE WITH STANDING ORDERS**<br><br>[Re: ECF No. 22] |

Defendant has submitted a motion to dismiss that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or case law. *See* Standing Order re Civil Cases § IV.F. The Court will accept the nonconforming filing and DIRECTS Defendant to comply with the Court's standing order for all future filings.

Dated: February 20, 2024

_____
BETH LABSON FREEMAN
United States District Judge