# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PAVEL GUARNEROS RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>Defendant. | Case No. 23-cv-06007-BLF<br><br>**ORDER ADMONISHING PLAINTIFF REGARDING COMPLIANCE WITH STANDING ORDERS**<br><br>[Re: ECF No. 36] |

Plaintiff has submitted an opposition to Defendant's motion to dismiss that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or case law. *See* Standing Order re Civil Cases § IV.F. The Court will accept the nonconforming filing and DIRECTS Plaintiff to comply with the Court's standing order for all future filings.

Dated: April 1, 2024

_____
BETH LABSON FREEMAN
United States District Judge